**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 27, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00371-CV

---

### IN RE YVONNE MURRELL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1188793**

---

## MEMORANDUM OPINION

On May 24, 2023, relator Yvonne Murrell filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable LaShawn A. Williams, presiding judge of the County Civil Court at Law No. 3 of Harris County, to vacate the trial court's May 2, 2023 order striking relator's seven expert witnesses.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.